DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. HARRIS

No. 107 PC.

Case below: 34 N.C. App. 491.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 December 1977.

STATE v. JOHNSON

No. 103 PC.

No. 46 (Spring Term).

Case below: 34 N.C. App. 328.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 24 January 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 24 January 1978.

STATE v. LEWIS

No. 7 PC.

Case below: 34 N.C. App. 750.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 24 January 1978.

STATE v. ROBERTS

No. 115 PC.

Case below: 34 N.C. App. 502.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.

STATE v. SAMPSON

No. 84 PC.

Case below: 34 N.C. App. 305.

Petition by defendant for discretionary review under G.S. 7A-31 denied 24 January 1978.